IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02124-AP

STEVEN H. VIGIL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
Telephone (719) 543-8636
E-mail: seckarlaw@mindspring.com

For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

STEPHANIE FISHKIN KILEY
Special Assistant United States Attorney
Office of the General Counsel,
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0815
Stephanie.Fishkin.Kiley@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** October 1, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** October 30, 2008

**C. Date Answer and Administrative Record Were Filed:** December 29, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE
The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES
The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS
There are no other matters anticipated.

## 8. BRIEFING SCHEDULE
The parties respectfully respect the following briefing schedule:

 **A. Plaintiffs Opening Brief Due:** March 2, 2009

 **B. Defendant's Response Brief Due:** April 1, 2009

 **C. Plaintiffs Reply Brief (If Any) Due:** April 16, 2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**
    **A. Plaintiffs Statement:**
        Plaintiff does not request oral argument.

    **B. Defendant's Statement:**
        Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**
THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 13th day of January 2009

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____<br>Michael Seckar<br>402 W. 12th Street<br>Pueblo, Colorado<br>719-543-8636<br>E-mail: seckarlaw@mindspring.com<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>　　Acting United States Attorney<br>　　District of Colorado<br><br>　　KEVIN TRASKOS<br>　　Deputy Chief, Civil Division<br>　　United States Attorney's Office<br>　　District of Colorado<br>　　kevin.traskos@usdoj.gov<br>By: s/Stephanie Lynn F. Kiley<br>　　Stephanie Lynn F. Kiley<br>　　Special Assistant United States Attorney<br>　　1961 Stout Street, Suite 1001A<br>　　Denver, Colorado  80294<br>　　Telephone:  (303) 844-0815<br>　　Stephanie.Fishkin.Kiley@ssa.gov<br>　　Attorneys for Defendant. |