IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-02124-LTB

STEVEN H. VIGIL,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

## ORDER
_____

Upon the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc 23 - filed October 14, 2009), it is

ORDERED that the Motion is GRANTED and Defendant is to pay attorney fees in the amount of $5,011.00 under the Equal Access to Justice Act.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: October 15, 2009